IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------  :
                                                  : CASE NO. 1:03 CV 02510
GARY D. YESCHICK,                          :
                                      Plaintiff,  :
                                                  : <u>JUDGMENT ENTRY</u>
                  -vs-                                :
NORMAN Y. MINETA, SECRETARY OF  :
TRANSPORTATION                        :
                                    Defendant.

---------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This Court, having contemporaneously entered its order and opinion granting defendant's motion for summary judgment, hereby enters judgment in favor of defendant Norman Mineta, Secretary of Transportation and against plaintiff Gary Yeschick.

     IT IS SO ORDERED.

                                                            <u>/s/ Lesley Wells</u>
                                                          UNITED STATES DISTRICT JUDGE

Dated: <u>27 September 2006</u>